UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM MURPHY,**

    **Plaintiff,**

v.                                          **Case No. 3:17cv314-LC-CJK**

**JULIE JONES; SCOTT MIDDLEBROOKS;
JAMES DITTERLINE; AARON WILLIS;
SARAH WILLIAMS; GEO GROUP, INC.;
CORRECT CARE SOLUTIONS; and
MARSHA NICKOLS,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 11, 2018 (doc. 18). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of May, 2018.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**